| | |
|---|---|
| **From:** | CA02db Intake |
| **To:** | CA02db Case_Closing |
| **Cc:** | Khadijah Young |
| **Subject:** | 22-1057-cv / Carpenter et al v. Allen et al USCA Order |
| **Date:** | Tuesday, December 12, 2023 11:30:17 AM |

**From:** CMECF@ctd.uscourts.gov <CMECF@ctd.uscourts.gov>
**Sent:** Tuesday, December 12, 2023 10:29 AM
**To:** CTD CMECF <CMECF@ctd.uscourts.gov>
**Subject:** Activity in Case 3:14-cv-00741-SRU Carpenter et al v. Allen et al USCA Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 12/12/2023 at 10:29 AM EST and filed on 12/11/2023

**Case Name:** Carpenter et al v. Allen et al
**Case Number:** 3:14-cv-00741-SRU
**Filer:**
**Document Number:** 122

**Docket Text:**
**ORDER of USCA as to [115] Notice of Appeal filed by Timothy Corsi, Lynn Allen, Cheri Garcia, Jane Does, John Does USCA Case Number 22-1057, 22-1061 (Oliver, T.)**

**3:14-cv-00741-SRU Notice has been electronically mailed to:**

Jonathan J. Einhorn     einhornlawoffice@gmail.com, gailannberg@yahoo.com

John R. Williams     jrw@johnrwilliams.com, tcooper@johnrwilliams.com

Christine L. Sciarrino    Christine.Sciarrino@usdoj.gov, CaseView.ECF@usdoj.gov, USACT.ECF@usdoj.gov

**3:14-cv-00741-SRU Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=12/12/2023] [FileNumber=7701677-0] [b97389d6c74ba59b6f046832545c07d72113a91905b61d619cf0aaaca69c1740823207d21532e5420a83fcbaf7c9c93ec652434a19cce736d4928ea64989778a]]